

# JUDGMENT

## Court of Appeals

## First District of Texas

NO. 01-14-00909-CV

PATRICIA ANN POTTS, Appellant

V.

SHARON BURGER, Appellee

Appeal from the County Civil Court at Law No. 2 of Harris County.
(Tr. Ct. No. 1048272).

Appellant, Patricia Ann Potts, has been found to be a vexatious litigant and has failed to provide proof that she obtained an order from the local administrative judge permitting the filing of this appeal. After being notified that this appeal was subject to dismissal for want of jurisdiction for failure to obtain the required order, appellant did not adequately respond. It is therefore **CONSIDERED, ADJUDGED,** and **ORDERED** that, the appeal be dismissed.

The Court **orders** that this decision be certified below for observance.

Judgment rendered January 15, 2015.

Per curiam opinion delivered by panel consisting of Justices Jennings, Massengale, and Lloyd.